IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TRACEY DOOLEY, | : |
| Plaintiff, | : |
| v. | : Case No. 7:09-CV-49 (HL) |
| SUNBELT RENTALS, INC., JOHN DOES 1-5, and JANE DOES 1-5, | : |
| Defendants. | : |

## ORDER

The Court conducted a status conference in this case via telephone on December 4, 2009, in which the Court discussed with the parties issues regarding discovery and the progress of the case. During the status conference, the Court made the following rulings:

First, the parties must submit to the Court by December 9, 2009, their proposed discovery report. Discovery is to begin December 16, 2009, and will conclude six months later. The Court strongly encourages the parties to complete all discovery within the six month time period.

Second, the Plaintiff has until December 16, 2009, to file her amended complaint.

**SO ORDERED**, this the 9th of December, 2009.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch