# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| TRACEY DOOLEY, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 7:09-CV-49 (HL) |
| SUNBELT RENTALS, INC., | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Defendant's Motion to Dismiss or in the Alternative Motion for More Definite Statement (Doc. 3) (the "Motion"). For the following reasons, this Motion is denied.

On December 4, 2009, the Court conducted a status conference via telephone to discuss this issue as well as others. At that status conference, and again in the Court's Order (Doc. 13) dated December 9, 2009, this Court instructed the Plaintiff that she must amend her complaint by December 16, 2009, to address the concerns of the Defendant. The Plaintiff filed her Amended Complaint (Doc. 14) on December 16, 2009.[1] The Defendant filed its Answer (Doc. 17) on December 21, 2009. As a result, the underlying purpose for the Motion no longer exists, and the Motion is moot. Thus, the Motion (Doc. 3) is denied as moot.

---

[1] The clerk of court notified the Plaintiff of a filing error (Doc. 15), and the Plaintiff refiled her Amended Complaint (Doc. 16) on December 17, 2009.

**SO ORDERED**, this the 13th of January, 2010.

*s/   Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch